In the Matter of JOSEPH KARAFFA, Doing Business as NEW YORK INSTITUTE OF REAL ESTATE, Respondent, v. CAROLINE K. SIMON, Individually and as Secretary of State, et al., Appellants.—

Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ., concur.
[29 Misc 2d 219.]